**NOT FOR PUBLICATION**

APR 16 2010

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ISHRI PRASAD; DOREEN SHALINI
SUKHDEO,

          Petitioners,

  v.

ERIC H. HOLDER Jr., Attorney General,

          Respondent.

No. 07-72294

Agency Nos. A077-431-763
A077-431-764

MEMORANDUM<sup>*</sup>

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010<sup>**</sup>

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

     Ishri Prasad and his wife Doreen Shalini Sukhdeo, natives and citizens of

Fiji, petition for review of the Board of Immigration Appeals' ("BIA") order

denying their motion to reopen removal proceedings. We have jurisdiction under 8

U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen,

---

       <sup>*</sup>    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

       <sup>**</sup>    The panel unanimously finds this case suitable for decision without
oral argument. *See* Fed. R. App. P. 34(a)(2).

*Ordonez v. INS*, 345 F.3d 777, 782 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Prasad's motion to reopen because it was untimely, *see* 8 C.F.R. § 1003.2(c)(2), and because Prasad failed to present sufficient evidence of changed circumstances in Fiji to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Malty v. Ashcroft*, 381 F.3d 942, 945 (9th Cir. 2004) ("The critical question is . . . whether circumstances have changed sufficiently that a petitioner who previously did not have a legitimate claim for asylum now has a well-founded fear of future persecution.").

**PETITION FOR REVIEW DENIED.**